IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION

BEHNAM IRANI,
#A 241-380-777 PETITIONER

VS. CIVIL ACTION NO. 5:26-CV-231-DCB-BWR

RAFAEL VERGARA, Warden,
Adams County Correctional
Center, ET AL. RESPONDENTS

ORDER ADOPTING REPORT AND RECOMMENDATION

Before the Court is the Report and Recommendation [ECF No. 11] of the United States Magistrate Judge entered herein on September 18, 2026, in this action brought pursuant to 28 U.S.C. § 2241. Petitioner, Behnam Irani, an asylum seeker and citizen of Iran, asks this Court to order Respondents to release him from custody under reasonable conditions of supervision. In the Report and Recommendation, Judge Rath recommended denial of Irani's Petition [ECF No. 1]. Petitioner, who is represented by counsel, has failed to file objections to the Report and Recommendation by his deadline of October 2, 2026.

Where no party has objected to a Magistrate Judge's Report and Recommendation, the Court need not conduct a de novo review of it. 28 U.S.C. § 636(b)(1) ("A judge of the court shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made."). Where there are no objections, the Court applies the

"clearly erroneous, abuse of discretion and contrary to law" standard of review to the Report and Recommendation. United States v. Wilson, 864 F.2d 1219, 1221 (5th Cir. 1989).

The Court has reviewed Irani's petition, the related filings, and the record in this matter. The Court observes that Irani applied for admission into the United States at the Hidalgo, Texas, Port of Entry on November 9, 2024. [ECF No. 7-1] at 1. Irani was detained and processed for expedited removal. An Immigration Judge subsequently denied his application for asylum and ordered him removed on August 18, 2025. [ECF No. 7-3] at 3. Irani's appeal of that decision was affirmed in part and remanded in part on April 16, 2026. Id. On remand, an Immigration Judge denied relief and ordered that Irani be removed. [ECF No. 9] at 2-3. Irani's appeal of the removal order remains pending. See https://acis.eoir.justice.gov/en/caseInformation. (last visited Oct. 13, 2026). Having considered the Report and Recommendation of Judge Rath, the Court adopts his findings and conclusions in full as the opinion of this Court. As Judge Rath found, Irani's detention while his removal proceedings are ongoing is mandated by statute and does not violate the Due Process Clause of the Fifth Amendment.

ACCORDINGLY,

IT IS, THEREFORE, ORDERED that the Report and Recommendation be, and the same hereby is, adopted as the finding of this Court.

Accordingly, Irani's Petition [ECF No. 1] is hereby denied and dismissed without prejudice. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, a separate judgment will be entered.

SO ORDERED AND ADJUDGED, this the 14th day of October, 2026.

/s/ David Bramlette
UNITED STATES DISTRICT JUDGE